# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KEONDREA JOHNSON, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § **Case No. 4:26-cv-00090-ALM** | |
| | § | |
| NATIONAL CREDIT SYSTEMS, INC.; | § | |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC.; EQUIFAX INFORMATION | § | |
| SERVICES, LLC; and TRANS UNION, | § | |
| LLC, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER DENYING DEFENDANT TRANS UNION, LLC'S JOINDER TO EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

Before the Court is Defendant Trans Union LLC's Joinder on Equifax's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. No. 45). Plaintiff Keondrea Johnson filed a Response in Opposition (Dkt. No. 48). The Court, having considered the Motion, the Response, pleadings on file, and the applicable law, is of the opinion that Trans Union's Joinder to Equifax Information Services, LLC's Motion for Judgment on Pleadings should be **DENIED**.

SIGNED this _____ day of _____, 2026.


_____
AMOS L MAZZANT
UNITED STATES DISTRICT JUDGE