# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KEONDREA JOHNSON | § | |
| | § | CIVIL ACTION NO.  4:26cv90 |
| v. | § | Judge Mazzant |
| | § | |
| NATIONAL CREDIT SYSTEMS, INC., | § | |
| ET AL. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby ORDERS that this case be submitted to mediation in accordance with this court's Mediation Plan.  The Court appoints U.S. Magistrate Judge Zack Hawthorn to mediate the case.  The parties are instructed to promptly contact Judge Hawthorn's chambers at (409) 654-2815 to discuss dates available for mediation.

The mediation conference shall be conducted by **October 7, 2026.**

**IT IS SO ORDERED.**

**SIGNED this 11th day of June, 2026.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE