## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

KEONDREA JOHNSON, §
§
Plaintiff, §
§
v. §        Case No. 4:26-cv-00090-ALM
§
NATIONAL CREDIT SYSTEMS, §
INC., EXPERIAN INFORMATION §
SOLUTIONS, INC. EQUIFAX §
INFORMATION SERVICES, LLC, §
and TRANS UNION, LLC, §
§
Defendants. §

## ORDER GRANTING CRA DEFENDANTS' JOINT MOTION TO STAY ACTION

This matter is before the Court on Defendants Trans Union LLC, Equifax Information Services LLC, and Experian Information Solutions, Inc.'s Joint Motion to Stay Action Pending Ruling on their Motion for Judgment on the Pleadings (Dkt. #55). The Court has finds that the motion should be granted.

It is therefore ORDERED that the Motion is GRANTED. This case is hereby **STAYED** pending a decision on the CRA Defendants' Motion for Judgment on the Pleadings.

**IT IS SO ORDERED.**

**SIGNED this 29th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE